UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MINUTES – GENERAL

Case No.: 8:21-CR-00101-CJC-19     Date: November 4, 2021

Title: United States v. Josefina Alicia Cervantes

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
Faraz Mohammadi                            As Noted on the Record

**Proceedings:**   **Order of Detention Pending Hearing Under 18 U.S.C. § 3148(b)**

Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the Central District of California after United States Pretrial Services submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant committed a violation of the conditions of her pretrial release. The Court conducted an initial appearance on the alleged violation, at which time counsel for the United States requested detention pending the final revocation hearing before the presiding District Judge based upon the Petition and the pretrial services report and recommendation. Counsel for Defendant presented oral argument challenging the factual underpinnings of the Petition. The Court finds by clear and convincing evidence that Defendant violated the alleged condition of release and that she is unlikely to abide by any condition or combination of conditions of release pending Defendant's final revocation hearing.

Defendant is remanded to the custody of the United States Marshal pending the final revocation of pretrial release hearing in this matter.

**IT IS SO ORDERED.**